

FILED

JUN 25 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE USE, MAINTENANCE, AND INSTALLATION OF A TRACKING DEVICE ETC. . . . | CASE NO. 2:13-SW-428 — CKD  **SEALING ORDER** |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Application For A Tracking Warrant, Supporting Affidavit, and Tracking Warrant And Order, in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, except that copies of such documents in full or redacted form may be maintained by the United States Attorney's Office, and may be served by investigators and law enforcement officers of United States Forest Service, BLM, the California Fish and Game Department, and other law enforcement agencies, and other

government and contract personnel acting under the supervision of such investigative or law enforcement officers, as necessary to effectuate the warrant.

DATED: May 17, 2013

CAROLYN K. DELANEY

/s/ 09:30 am  05-17-2013
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

VIA TELEPHONE

/s/
PETER H. JORAN
05-17-13

2